**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRISTOPHER R. WINDISH** | : | |
| | : | **CIVIL ACTION** |
| | : | **No. 20-cv-5942** |
| v. | : | |
| | : | |
| **BUCKINGHAM TOWNSHIP** | : | |

## ORDER

This 11th day of February, 2021, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 5) is **DENIED.**

It is further **ORDERED** that Defendant's Motion to Strike (ECF 5) is **GRANTED in part**. In Paragraph 141 of Plaintiff's Complaint (ECF 1) the sentence "so much for compassion" is stricken. Defendant's Motion to strike part of Paragraph 191 of the Complaint is **DENIED.**

/s/ Gerald Austin McHugh
United States District Judge