IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER R. WINDISH** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-5942 |
| | : | |
| **BUCKINGHAM TOWNSHIP** | : | |

## ORDER

This 2nd day of February, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF 30) is **GRANTED**.

/s/ Gerald Austin McHugh
United States District Judge